# United States District Court

DISTRICT OF   SOUTH DAKOTA

TO: Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

SUBPOENA FOR:
PERSON     x   DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | ROOM |
|---|---|
| United States Federal Courthouse<br>400 South Phillips Avenue<br>Sioux Falls, SD 57104 | |
| | DATE AND TIME<br>4/5/22, 1:00pm |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Please see Attachment to Subpoena.

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>*Matthew Thelen* (signature)<br>(By) Deputy Clerk | DATE<br>March 11, 2022 |
|---|---|

| This subpoena is issued on application of the United States of America | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>Jeremy R. Jehangiri<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>(605) 357-2353<br>jeremy.jehangiri@usdoj.gov<br>alissa.thorson@usdoj.gov (legal assistant) |
|---|---|

* If not applicable, enter "none".

FORM OBD-227
Revised April 2000

Submit   Go